

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
ONE PENN CENTER, 1617 JOHN F. KENNEDY BLVD., SUITE 520
PHILADELPHIA, PA 19103-1844

PHILADELPHIA
REGIONAL OFFICE

February 27, 2026

By ECF

The Honorable Denise L. Cote
United States District Judge
United States District Court for the
 Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** ***SEC v. Ferguson, et al.*, Case No. 1:26-cv-01482-DLC (S.D.N.Y.)**

Dear Judge Cote:

Plaintiff Securities and Exchange Commission (the "Commission") respectfully requests that the Court approve the proposed consent judgments ("Proposed Final Judgments")[1] against defendants Christopher B. Ferguson and Brian P. McFadden (collectively, "Defendants"). The Proposed Final Judgments would fully resolve this matter.

As reflected in the signed consents and Proposed Final Judgments, Defendants have consented to the entry of final judgments that would, among other things, (i) enjoin them from future violations of certain federal securities laws by committing or engaging in specified actions or activities relevant to such violations; (ii) prohibit them from acting as officers or directors of any issuer that has a class of securities registered pursuant to Section 12 of the Securities Exchange Act of 1934  ("Exchange Act") [15 U.S.C. § 78l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)] for five years, pursuant to Section 21(d)(5) of the Exchange Act [15 U.S.C. § 78u(d)(5)]; and (iii) order Defendants to each pay a civil penalty of $50,000. Defendant McFadden also has consented to a provision that would order him to pay disgorgement of $75,208, with prejudgment interest of $28,209. The Proposed Final Judgments are fair and reasonable, and the proposed injunctive relief does not disserve the public interest, under *SEC v. Citigroup Global Markets, Inc.*, 752 F.3d 285, 294, 296 (2d Cir. 2014).

---

[1] Defendants' Proposed Final Judgments have been filed using the Court's ECF system, and Defendants' consents are attached thereto. *See* Dkt. Nos. 5 and 6.

       The Commission respectfully requests that the Court approve the Proposed Final Judgments and docket them with each Defendant's signed consent.

Respectfully submitted,

*S/* Karen M. Klotz

Karen M. Klotz (*pro hac vice*)
Julia C. Green
Securities and Exchange Commission
Philadelphia Regional Office
1617 JFK Boulevard, Suite 520
Philadelphia, PA 19103
(215) 861-9613 (Klotz)
klotzk@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

cc:    Brad Bondi, Esq.
       Neil J. Schumacher, Esq.
       *Counsel for Defendant Christopher B. Ferguson*
       (by email)

       Andrew J. Geist, Esq.
       Rebecca Mermelstein, Esq.
       *Counsel for Defendant Brian P. McFadden*
       (by email)